No. 03–8873. McPHERSON v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–8875. ALTAMIRANO v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 03–8877. BEESON v. ADA COUNTY CLERK ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8880. RATZKE v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 03–8883. SMITH v. WILSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 03–8884. BELLAH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–8886. TORRES v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8887. YOUNG v. FLIPPO ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–8888. DAIS v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8889. D'ANTUONO v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 03–8891. NORVILLE v. ILLINOIS DEPARTMENT OF HUMAN RIGHTS ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 03–8893. ALMONTE v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 03–8895. RUSSELL v. VITTANDS. C. A. 6th Cir. Certiorari denied.

No. 03–8897. PEPPER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.